# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131035

HARVEY GRACE,
      Plaintiff-Appellant,

v

                                      SC: 131035
                                      COA: 257896

BRUCE LEITMAN and BRUCE
LEITMAN, P.C.,
      Defendants-Appellees.
                                      Oakland CC: 2002-045572-NM

_____/

      On March 6, 2007, the Court heard oral argument on the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether *Simko v Blake*, 448 Mich 648 (1995), recognized a "judgment" exception to legal malpractice liability that operates independently of the standard of care, unlike the malpractice standards for other professions; (2) if not, whether this Court should recognize such an exception; and (3) how would such an "attorney judgment rule" operate in practice; and (4) under what circumstances could a claimed exercise of "judgment" be successfully challenged.

      The State Bar of Michigan, the Criminal Defense Attorneys of Michigan, the Insurance Institute of Michigan, and the Michigan Insurance Federation are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court to file briefs amicus curiae.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2007

d0327

Clerk